IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MARIO A. BENT BARKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 322-139 |
| | ) | |
| WARDEN, FCI SAFFORD, | ) | |
| | ) | |
| Respondent.[1] | ) | |

**O R D E R**

Petitioner, while incarcerated at McRae Correctional Institution in McRae Helena, Georgia, filed this petition pursuant to 28 U.S.C. § 2241 on October 14, 2022, but did not pay the $5.00 filing fee or move to proceed *in forma pauperis* ("IFP") as required by 28 U.S.C. § 1914.  That same day, the Clerk of Court sent Petitioner a deficiency notice concerning the need for an IFP motion or payment of the filing fee and explained failure to correct the deficiency could result in dismissal of his case.  (Doc. no. 2.)  Petitioner did not respond to the Clerk's deficiency notice, but was transferred on November 8, 2022, to Federal Correctional Institution, Safford, in Safford, Arizona.  (Doc. no. 6.)

In abundance of caution, the Court will provide Petitioner one final chance to pay the filing fee or submit an IFP motion.  The Court **DIRECTS** the **CLERK** to enclose with

---

[1] The Court **DIRECTS** the **CLERK**, to update the docket in accordance with the above caption to reflect the warden at Petitioner's current prison as the Respondent.  See Rumsfeld v. Padilla, 542 U.S. 426, 434-35 (2004) (explaining proper respondent in § 2241 case is warden of institution where the petitioner is confined).

Petitioner's service copy of this Order a blank IFP motion stamped with this case number. Petitioner must either pay the $5.00 filing fee or return the completed IFP motion within twenty-one days of the date of this Order.  <u>Should Petitioner fail to pay the filing fee or submit a complete IFP motion by that deadline, the Court will recommend dismissal of this case, without prejudice.</u>

SO ORDERED this 30th day of November, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA